IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KING A. GREENE,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5373

_____/

Opinion filed June 24, 2016.

An appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

King A. Greene, pro se.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

RAY and MAKAR, JJ., and DAVIS, WILLIAM E., ASSOCIATE JUDGE,
CONCUR.